1  Howard H. Stahl - *Pro Hac Vice* Pending
     howard.stahl@friedfrank.com
2  Daniel E. Loeb - *Pro Hac Vice* Pending
     daniel.loeb@friedfrank.com
3  Fried, Frank, Harris, Shriver & Jacobson LLP
   801 17th Street, NW
4  Washington, DC 20006
   Telephone: (202) 639-7000
5  Facsimile: (202) 639-7003

6  Terry W. Bird - State Bar No. 49038
     twb@birdmarella.com
7  Paul S. Chan - State Bar No. 183406
     psc@birdmarella.com
8  BIRD, MARELLA, BOXER, WOLPERT,
     NESSIM, DROOKS & LINCENBERG, P.C.
9  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
10 Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

11
   Attorneys for Plaintiff
12 BETHESDA SOFTWORKS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| BETHESDA SOFTWORKS LLC, | CASE NO. LACV11-7534-JFW(Ex) |
|---|---|
| Plaintiff, | *Honorable John F. Walter* |
| vs. | **DECLARATIONS OF JOSEPH J. LOBUE AND DANIEL E. LOEB IN SUPPORT OF EX PARTE APPLICATIONS FOR (1) TEMPORARY RESTRAINING ORDER AND (2) SUBSTITUTED SERVICE** |
| MASTHEAD STUDIOS LTD., | |
| Defendant. | |
| | Date: TBD<br>Time: TBD<br>Crtrm.: 16 |

310428.2

DECLARATIONS OF DANIEL E. LOEB AND JOSEPH I. LOBUE IN SUPPORT OF EX PARTE APPLICATIONS FOR (1) TEMPORARY RESTRAINING ORDER AND (2) SUBSTITUTED SERVICE

# DECLARATION OF JOSEPH J. LOBUE

JOSEPH J. LOBUE hereby declares and states as follows:

1. I am a Special Counsel at Fried, Frank, Harris, Shriver & Jacobson, LLP and counsel for Bethesda Softworks LLC ("Bethesda"). I represent Bethesda in the related case against Interplay Entertainment Corp. in *Bethesda Softworks LLC v. Interplay Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D. Md.). I submit this declaration in support of Bethesda's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction in the above-captioned case.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Asset Purchase Agreement entered into between Bethesda and Interplay Entertainment Corp. ("Interplay") on April 4, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Copyright Assignment executed by Interplay in favor of Bethesda on April 9, 2007.

4. Attached hereto as Exhibit 3 are true and correct copies of the Certificates of Registration for the copyrights filed with the United States Copyright Office with Registration Numbers PA 886-144, PA 931-744, PA 1-617-151, PA 1-617-142, PA 1-617-156, VA 1-621-865, VA 1-621-867, VA 1-621-874, VA 1-621-849, VA 1-621-850, VA 1-624-742, VA 1-419-472 and TX 6-812-430.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Trademark License Agreement entered into between Bethesda and Interplay on April 4, 2007.

6. Attached hereto as Exhibit 5 is fully-redacted copy of the Product Development Agreement entered into between PV-13 Online, Inc. and Defendant Masthead Studios Ltd. The Product Development Agreement was produced under "Outside Counsels' Eyes Only" restrictions in *Bethesda Softworks LLC v. Interplay Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D. Md.) A true and correct

310428.2

1

DECLARATIONS OF JOSEPH I. LOBUE AND DANIEL E. LOEB IN SUPPORT OF EX PARTE APPLICATIONS FOR (1) TEMPORARY RESTRAINING ORDER AND (2) SUBSTITUTED SERVICE

1  sealed copy of the Product Development Agreement is being submitted in this
2  matter along with a motion to file under seal.
3       7.   Attached hereto as Exhibit 6 is a true and correct copy of the
4  Supplemental Responses of Interplay Entertainment Corp. to Bethesda's First Set of
5  Interrogatories dated February 8, 2011 in *Bethesda Softworks LLC v. Interplay*
6  *Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D. Md.).
7       8.   Attached hereto as Exhibit 7 is a true and correct copy of the e-mail
8  from Jeffrey Gersh to Joseph LoBue et al. dated August 22, 2011.
9       9.   Attached hereto as Exhibit 8 are true and correct copies of excerpts
10 from the transcript of the August 4, 2011 hearing in *Bethesda Softworks LLC v.*
11 *Interplay Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D. Md.).
12      10.  Attached hereto as Exhibit 9 is a true and correct copy of the e-mail
13 from Jeff Gersh to Joseph LoBue et al. dated September 2, 2011.
14      11.  Attached hereto as Exhibit 10 is a true and correct copy of the Order of
15 the United States Court of Appeals for the Fourth Circuit dated September 2, 2011
16 in *Bethesda Softworks LLC v. Interplay Entertainment Corp.*, No. 11-1860 (4th
17 Cir.).
18      12.  Attached hereto as Exhibit 11 is a true and correct copy of the Civil
19 Docket for *Bethesda Softworks LLC v. Interplay Entertainment Corp.*, Civil No. 09
20 CV 2357 (DKC) (D. Md.).
21      13.  Attached hereto as Exhibit 12 is a true and correct copy of the Order of
22 the United States District Court for the District of Maryland dated April 25, 2011
23 granting in part Bethesda's motion for sanctions in *Bethesda Softworks LLC v.*
24 *Interplay Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D. Md.).
25      14.  Attached hereto as Exhibit 13 are fully-redacted copies of emails
26 between Masthead's president, Atanas Atanasov, and PV-13 Online, Inc. and
27 Interplay relating to work being performed pursuant to the PDA. These documents
28 were produced under "Outside Counsels' Eyes Only" restrictions in *Bethesda*

2

DECLARATIONS OF JOSEPH I. LOBUE AND DANIEL E. LOEB IN SUPPORT OF EX PARTE
APPLICATIONS FOR (1) TEMPORARY RESTRAINING ORDER AND (2) SUBSTITUTED SERVICE

1  *Softworks LLC v. Interplay Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D.
2  Md.) True and correct sealed copies of these documents are being submitted in this
3  matter along with a motion to file under seal.
4      15. Attached hereto as Exhibit 14 is a fully-redacted copy of the Letter of
5  Intent entered into between Interplay and Defendant Masthead Studios Ltd dated
6  March 20, 2009. The Letter of Intent was produced under "Outside Counsels' Eyes
7  Only" restrictions in *Bethesda Softworks LLC v. Interplay Entertainment Corp.*,
8  Civil No. 09 CV 2357 (DKC) (D. Md.) A true and correct sealed copy of the Letter
9  of Intent is being submitted in this matter along with a motion to file under seal.
10      I declare penalty of perjury under the laws of the United States of America
11  that the foregoing is true and correct.
12      Executed in Washington, DC on September 14, 2011.

                                                     /s/ Joseph J. LoBue
                                                       Joseph J. LoBue

## DECLARATION OF DANIEL E. LOEB

DANIEL E. LOEB hereby declares and states as follows:

1. I am a member of the bar of Washington, DC and of Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"), counsel for plaintiff Bethesda Softworks LLC ("Bethesda"). This declaration is submitted in support of Bethesda's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Ex Parte Application for Substituted Service. I have personal knowledge of the matters stated in this declaration and would and could competently testify to them if called as a witness.

2. Upon information and belief, Defendant Masthead Studios LTD ("Masthead") is a Bulgarian corporation.

3. Prior to filing Bethesda's complaint, Fried Frank attempted to identify an individual, entity, or process through or means of which Bethesda might obtain service on Masthead under California or U.S. law. Fried Frank has been unable to locate any agent of Masthead in the U.S. designated for service of process or any Masthead officers or employees who are present in the U.S. Fried Frank's search included, among other steps, searching various databases containing corporate filings and company information, including, but not limited to, the corporate filings database located on the website for the California Secretary of State.

4. During the course of conducting discovery in its related litigation against a company called Interplay Entertainment Corp. ("Interplay") currently pending in the U.S. District Court for the District of Maryland (*Bethesda Softworks LLC v. Interplay Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D. Md.)), Bethesda identified Masthead's address in Bulgaria in the Product Development Agreement ("PDA") entered into between Masthead and PV13. This address -- 33 Tsvetan Lazarov Blvd, Floor 6, Sofia, Bulgaria -- is identified in the PDA as the appropriate location at which service of process may be effected upon Masthead by

1 certified or registered mail, return receipt requested.  (*See* PDA § 13.19).[1]  Although Bethesda is not a party to the PDA, this agreement relates directly to Bethesda's claims in this litigation.

    5.    Also during the course of conducting discovery in the litigation against Interplay, Bethesda identified numerous email communications between Interplay employees and Atanas Atanasov who, upon information and belief, is Masthead's president.  Fried Frank's review of these emails show that Mr. Asanov has used and continues to use the email address nasko@mastheadstudios.com to communicate with Interplay regarding the exact copyright infringement that is at issue in this litigation.[2]

    6.    Separately, Fried Frank reviewed Masthead's internet website, which is located at mastheadstudios.com, and identified another email address on the "Contacts" page of its website.  That address is office@mastheadstudios.com.  A true and correct copy of a printout of the Masthead Studios "Contacts" page on its website is attached hereto as Exhibit 15.  Fried Frank was unable to locate any mailing address or contact names on the Masthead website.

    7.    Fried Frank also researched the registry information for a company's internet domain name by consulting the "WHOIS" database, which is listed by the

---

[1] The PDA is currently subject to a protective order issued in *Bethesda Softworks LLC v. Interplay Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D. Md.).  Bethesda has filed a fully-redacted copy of the PDA in conjunction with the Declaration of Joseph J. LoBue, filed in support of Bethesda's *Ex Parte* Application for Temporary Restraining Order With Notice and Order to Show Cause Re Preliminary Injunction.  Bethesda has concurrently-filed an application to file these emails under seal.

[2] These emails are currently subject to a protective order issued in *Bethesda Softworks LLC v. Interplay Entertainment Corp.*, Civil No. 09 CV 2357 (DKC) (D. Md.).  Bethesda has filed fully-redacted copies of these emails in conjunction with the Declaration of Joseph J. LoBue, filed in support of Bethesda's *Ex Parte* Application for Temporary Restraining Order With Notice and Order to Show Cause Re Preliminary Injunction.  Bethesda has concurrently-filed an application to file these emails under seal.

310428.2      5

DECLARATIONS OF JOSEPH I. LOBUE AND DANIEL E. LOEB IN SUPPORT OF EX PARTE APPLICATIONS FOR (1) TEMPORARY RESTRAINING ORDER AND (2) SUBSTITUTED SERVICE

1 Internet Corporation for Assigned Names and Numbers as the service providing
2 public access to data on registered domain names. Masthead's website was
3 registered through GoDaddy.Com, Inc. The administrative and technical contact
4 listed for the mastheadstudios.com domain name is Atanas Atanasov. The mailing
5 address listed for the registrant, "Mastheadstudios Ltd.," is 102 Oborishte, Floor 3,
6 Sofia, SF 1505, Bulgaria. The email address listed for Mr. Atanasov is
7 nasko78@yahoo.com. A true and correct copy of a printout of the WHOIS search
8 result from godaddy.com is attached hereto as Exhibit 16.

9     8. After filing Bethesda's complaint, but prior to filing any other
10 documents, Fried Frank delivered to Masthead a copy of the summons and
11 complaint, and Bethesda's related applications, this declaration, and all other related
12 documents. Delivery was made (a) by international registered mail, return receipt
13 requested, to Masthead's Bulgarian address listed on the PDA and the address listed
14 on the WHOIS database, (b) by providing copies to Bethesda's Bulgarian counsel
15 with directions to hand deliver the pleadings to Masthead's Bulgarian address listed
16 on the PDA and the address listed on the WHOIS database, and (3) by email
17 transmission (read receipt requested) to Mr. Atanasov at the email address on the
18 emails identified during discovery in the litigation against Interplay
19 (nasko@mastheadstudios.com) and at the email address listed on the WHOIS
20 database (nasko78@yahoo.com) and to the Masthead email address listed on the
21 "Contacts" page of Masthead's internet website (office@mastheadstudios.com).

22     9. Fried Frank has also begun the process of serving Masthead in
23 accordance with the formal process defined in the Convention on the Service
24 Abroad of Judicial and Extrajudicial Documents (the "Hague Convention") by
25 sending these documents to Bethesda's Bulgarian counsel to be translated into
26 Bulgarian.

27     10. Fried Frank has researched the Hague Convention requirements for
28 serving documents in Bulgaria and I understand that the process can take between

three (3) and five (5) months. This is consistent with Bulgaria's response to a questionnaire related to the Hague Convention. A true and accurate copy of that questionnaire is attached hereto as Exhibit 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, DC on September 14, 2011.

                                         /s/ Daniel E. Loeb
                                             Daniel E. Loeb

310428.2

7

DECLARATIONS OF JOSEPH I. LOBUE AND DANIEL E. LOEB IN SUPPORT OF EX PARTE
APPLICATIONS FOR (1) TEMPORARY RESTRAINING ORDER AND (2) SUBSTITUTED SERVICE