JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BETHESDA SOFTWORKS LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MASTHEAD STUDIOS LTD.,<br><br>　　　　Defendant. | CASE NO. LACV11-7534-JFW (Ex)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Bethesda Softworks LLC ("Bethesda") and Defendant Masthead Studios LTD ("Masthead") have agreed to settle the claims at issue in the above-captioned litigation and stipulated to dismissal of this litigation without prejudice, subject to the terms and conditions set forth as follows:

1. The Parties agree that this Order shall not constitute a concession by Masthead of this Court's jurisdiction over Masthead, or a concession by Bethesda that this Court does not have jurisdiction over Masthead;

2. The Parties agree that this Order shall not constitute an admission of liability by either party;

3. Masthead represents that, to its knowledge, it has not infringed on any of Bethesda's Fallout-related copyrights or other Fallout-related intellectual

property that are the subject of this litigation (the "Fallout Intellectual Property");

4. To the extent that it is later determined that Masthead possesses any materials that infringe the Fallout Intellectual Property, Masthead agrees to make no use of such materials, to destroy such materials promptly after discovery and to certify such destruction to Bethesda in writing. Such a determination must first be agreed upon by Bethesda or judicially determined;

5. Masthead agrees not to infringe the Fallout Intellectual Property in any MMOG or other work that Masthead develops for Interplay Entertainment Corp. or otherwise by itself or through any third party;

6. No provision contained herein is intended to create any greater rights than Bethesda may already have under the United States Copyright Act and/or other relevant United States laws; and

7. Each party shall bear its own attorneys' fees and costs in this litigation.

Based on the above representations and agreements of the Parties, **IT IS HEREBY ORDERED** that the above-captioned litigation be dismissed without prejudice.

DATED: 12/29/11_____

_____
Hon. John F. Walker
United States District Judge